IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUMPHREYS & PARTNERS ARCHITECTS, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>STONE CREEK VILLAS, LLC,<br><br>Defendant. | 4:20-CV-3041<br><br>**JUDGMENT** |

This matter is before the Court on the parties' Joint Stipulation of Dismissal. Filing 29. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed without prejudice, each party to bear its own fees and costs.

Dated this 12th day of July, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge